# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) CASE NUMBER **14mj201**
vs )
) ABSTRACT OF ORDER
**Ernesto Encinas (3)** ) Booking No. _____
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **1/23/14** the Court entered the following order:

**18:371 - Conspiracy**

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $ **O/R** bond posted.

__✓__ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**WILLIAM V. GALLO**
UNITED STATES FEDERAL JUDGE
OR
JOHN MORRILL, Acting Clerk
By **J. ROCHA**, Deputy Clerk

Received _[signature]_ DUSM

Crim-9  (Rev. 8-11)

CLERK'S COPY