LAURA E. DUFFY
United States Attorney
TIMOTHY C. PERRY
Assistant United States Attorney
California State Bar No. 248543
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7966/Fax: (619) 546-0450
Email: timothy.perry@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 14-MJ-00201-WVG |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| RAVNEET SINGH, et al., | |
| Defendants. | |

TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should

/ / /

/ / /

be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| None | | | |

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| None | | | |

DATED:  January 27, 2014            Respectfully submitted,

LAURA E. DUFFY
United States Attorney

*S/Timothy C. Perry*
TIMOTHY C. PERRY
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
timothy.perry@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 14-MJ-00201-WVG |
|---|---|
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| RAVNEET SINGH, et al., | |
| Defendants. | |

I, TIMOTHY C. PERRY, am a citizen of the United States and am at least 18 years of age. My business address is 880 Front Street, Room 6293, San Diego, California, 92101-8893. I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance by electronically filing the foregoing with the U.S. District Court for the Southern District of California using its ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2014         *S/ Timothy C. Perry*
                                     TIMOTHY C. PERRY
                                     Assistant U.S. Attorney