# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 14mj0201-WVG |
| ERNESTO ENCINAS | ) |
| _Defendant_ | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I knowingly and voluntarily agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1

Date:   1/30/2014

_Defendant's signature_

_Signature of defendant's attorney_

Jeremy D. Warren, CSB # 177900
_Printed name and bar number of defendant's attorney_

Warren & Burstein
501 W. Broadway, Suite 240
San Diego, CA 92101
_Address of defendant's attorney_

jw@wabulaw.com
_E-mail address of defendant's attorney_

619-234-4433
_Telephone number of defendant's attorney_

619-234-4433
_FAX number of defendant's attorney_